KSC/JH: USAO#2018R00409
cjr:21-7-2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. _____ CCB-20-0447 |
| v. | : | |
| | : | |
| **GRANDVILLE PRIEST,** | : | **(Conspiracy to Distribute Cocaine,** |
| **Defendant.** | : | **21 U.S.C. § 846)** |
| | : | |

…oOo…

## INFORMATION

## COUNT ONE

The United States Attorney for the District of Maryland charges that:

From at least in or about December 2017, continuing to at least in or about September 2018, in the District of Maryland and elsewhere, the defendant,

## GRANDVILLE PRIEST,

did knowingly and willfully combine, conspire, confederate, and agree with others, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846.

*Robert K. Hur/ksc*
_____
Robert K. Hur
United States Attorney